130 P.3d 1081
**March 29, 2006**

26173          State v. Richardson                                    Affirmed